*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Joseph W Atkinson
    Debtor(s)

Case No: 22−13258−mdc

Chapter: 7

---

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED \*\*
Motion for Relief from Stay re: 7155 Jackson Street Philadelphia, PA, 19135, Filed by M&T BANK Represented by DENISE ELIZABETH CARLON

    on: 3/15/23

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/3/23

Timothy B. McGrath
Clerk of Court