# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Joseph Atkinson

Debtor.

Case No.: 22-13258-mdc  
Chapter 7

# NOTICE OF MOTION, RESPONSE DEADLINE
# AND HEARING DATE

George R Tadross, Esquire, attorney for the Debtor, Joseph Atkinson, has filed a Motion to Avoid Judicial Lien, for the reasons detailed in the enclosed motion.

**Your rights may be affected. You should read the papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 27, 2023, you or your attorney must do all of the following:

File an answer explaining your position at:  
United States Bankruptcy Court  
900 Market Street  
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above and

Mail a copy to the movant's attorney:  
George R Tadross  
128 Chestnut Street, Suite 301B  
Philadelphia, PA 19106  
215-500-5000 (Phone)  
267-885-2377 (Fax)

If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

A hearing on the motion is scheduled to be held before the **Honorable Magdeline D Coleman on April 12, 2023 at 10:30 am in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107**.

You may contact the Bankruptcy Clerks office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

If a copy of the motion in not enclosed a copy of the motion will be provided to you if you request a copy from the attorney names in paragraph 1(b).

March 7, 2023