# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Joseph Atkinson  
          Debtor  

         v  
American Express National Bank  
         Respondent  

Case No.: 22-13258-mdc  
Chapter 7

## **CERTIFICATE OF NO RESPONSE**

    I hereby certify that on no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Motion to Avoid the Judicial Lien Docket#20.

Robert W Seitzer  
rseitzer@karalislaw.com

United States Trustee  
USTPRegion02.PH.ECF@usdoj.gov

M&T Bank  
PO Box 844  
Buffalo, NY 14240

Discover Financial Attn: Bankruptcy  
PO Box 3025  
New Albany, OH 43054

Chase Card Services  
PO Box 15298  
Wilmington, DE 19850

Amex  
PO Box 981540  
El Paso, TX 79998

Portfolio Recovery Associates  
120 Corporate Boulevard  
Norfolk, VA 23502

Resurgent Capital Services
PO Box 10497
Greenville, SC 29603

Midland Funding LLC
PO Box 939069
San Diego, CA 92193

Barclays Bank Delaware
PO Box 8801
Wilmington, DE 19899

Capital One
PO Box 30285
Salt Lake City, UT 84130

DATED:  March 30, 2023			/s/ George R Tadross_____

				George R Tadross, Esquire
				128 Chestnut Street, Suite 301B
				Philadelphia, PA 19106
				215-500-5000 (phone)
				267-885-2377 (fax)
				Attorney for Debtor