# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Joseph Atkinson

Debtor.

Case No.: 22-13258-mdc  
Chapter 7

# **ORDER**

AND NOW, this \_\_\_26th\_\_\_ day of \_\_\_April\_\_\_ 2023, it is hereby ORDERED that the Debtor's Motion to Avoid a Judicial Lien held by American Express National Bank, at Philadelphia Civil Court Case SC#1804164748 is hereby granted and the judicial lien is hereby **DENIED** doe the reasons stated on the record.

BY THE COURT:

_____  
MAGDELINE D. COLEMAN  
CHIEF U.S. BANKRUPTCY JUDGE

ROBERT W. SEITZER  
rseitzer@karalislaw.com, PA93@ecfcbis.com

American Express National Bank  
4315 S 2700 West  
Salt Lake City, UT 84184

Jordan Felzer, Esquire  
261 Old York Road  
Suite 832  
Jenkintown, PA 19046  
Jordan.w.felzer@aexp.com