# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Joseph Atkinson

        Debtor.

Case No.: 22-13258-mdc  
Chapter 7

## ORDER

AND NOW, this \_\_\_\_26th\_\_\_\_ day of \_\_\_\_\_April\_\_\_\_\_ 2023, it is hereby ORDERED that the Debtor's Motion to Avoid a Judicial Lien held by Midland Funding LLC, at Philadelphia Civil Court Case SC#1805215744 is hereby granted and the judicial lien is **DENIED** for the reasons stated on the record.

BY THE COURT:

_____  
MAGDELINE D. COLEMAN  
CHIEF U.S. BANKRUPTCY JUDGE

ROBERT W. SEITZER  
rseitzer@karalislaw.com, PA93@ecfcbis.com

Midland Funding LLC  
c/o Pressler and Pressler, LLP  
7 Entin Road  
Parsippany, NJ 07054