# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Joseph Atkinson

Debtor.

Case No.: 22-13258-mdc  
Chapter 7

## ORDER

AND NOW, this __26th__ day of __April__ 2023, it is hereby ORDERED that the Debtor's Motion to Avoid a Judicial Lien held by Portfolio Recovery Associates, LLC, at Philadelphia Civil Court Case SC#1904013106 is **DENIED** for the reasons stated on the record.

BY THE COURT:

_____  
MAGDELINE D. COLEMAN  
CHIEF U.S. BANKRUPTCY JUDGE

ROBERT W. SEITZER  
rseitzer@karalislaw.com, PA93@ecfcbis.com

Portfolio Recovery Associates, LLC  
c/o Weltman, Weinberg & Reis Co  
170 S Independence Mall West  
Suite 874 West  
Philadelphia, PA 19106