United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-13258-mdc
Joseph W Atkinson     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 1
Date Rcvd: Apr 26, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph W Atkinson, 7155 Jackson Street, Philadelphia, PA 19135-1218 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| GEORGE R. TADROSS | on behalf of Debtor Joseph W Atkinson gtadross@tadrosslaw.com r55386@notify.bestcase.com;robin@tadrosslaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Joseph Atkinson

Debtor.

Case No.: 22-13258-mdc  
Chapter 7

# ORDER

AND NOW, this __26th__ day of __April__ 2023, it is hereby ORDERED that the Debtor's Motion to Avoid a Judicial Lien held by Portfolio Recovery Associates, LLC, at Philadelphia Civil Court Case SC#1904013106 is **DENIED** for the reasons stated on the record.

BY THE COURT:

_____  
MAGDELINE D. COLEMAN  
CHIEF U.S. BANKRUPTCY JUDGE

ROBERT W. SEITZER  
rseitzer@karalislaw.com, PA93@ecfcbis.com

Portfolio Recovery Associates, LLC  
c/o Weltman, Weinberg & Reis Co  
170 S Independence Mall West  
Suite 874 West  
Philadelphia, PA 19106